UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERGIO RODRIGUES QUINHENTO ESCRIVAO,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, et al.,<br><br>Respondents. | No. 26-cv-12808-AK |

**RESPONDENTS' RESPONSE TO HABEAS PETITION**

Petitioner Sergio Rodrigues Quinhento Escrivao filed a Petition for a Writ of Habeas Corpus challenging his immigration detention and seeking immediate release or a bond hearing. *See generally* Doc. No. 1. Respondents' position is that Petitioner is eligible for a bond hearing under 8 U.S.C. § 1226. Accordingly, Respondents do not object to the Court ordering a bond hearing and submit that the Court may resolve this Petition without further briefing or oral argument.

Dated: June 25, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Vincent Engingro III*
Vincent Engingro III
Special Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: Vincent.engingro@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 25, 2026

By: */s/ Vincent Engingro III*
Vincent Engingro III
Special Assistant United States Attorney