**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Sergio Rodrigues Quinhento Escrivao, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 26-CV-12808-AK |
| v. | ) | |
| | ) | |
| Antone Moniz, et al, | ) | |
| | ) | |
| Respondent (s). | ) | |
| | ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 11] entered on 7/13/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

                                                **DISMISSED**.

Dated: 7/22/2026                                                         By the Court,

                                                                            /s/ Courtney Horvath
                                                                            Deputy Clerk